**Minnie Woods, appellee, v. August Knickels, appellant. Gen. No. 27,214.**

Action of forcible entry and detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed November 29, 1922.

Edward M. Winston, for appellant. Wisner & Walsh, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**Louis Meder and Rose Meder, appellees, v. Ernst A. Larson, appellant. Gen. No. 27,241.**

Action to recover earnest money deposited on a contract for the purchase of a flat building. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed November 29, 1922.

A. E. Lake, for appellant. Thomas M. Poynton, for appellees.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**George Sutter et al., appellees, v. Carl Christiansen et al., on appeal of Carl Christiansen, appellant. Gen. No. 27,079.**

Action for damage to plaintiffs' personal property by a wall on defendants' property falling on it. Judgment for plaintiffs. Appeal from the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed November 29, 1922.

William J. Lacey, for appellant. Gustav E. Beerly, for appellees; Ellis S. Chesbrough, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**John D. Scully, appellee, v. Oliver I. Hawkins, appellant. Gen. No. 27,169.**

Action for damages due to negligence of defendant in extracting one of plaintiff's teeth. Judgment for plaintiff after remittitur from the verdict. Appeal from the Municipal Court of Chicago; the Hon. Frank E. Reed, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed. Opinion filed November 29, 1922.

Samuel A. Beadle, for appellant. W. E. Mollison and W. G. Anderson, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**H. H. Culmer, appellee, v. United States Electro Chemical Company et al., appellants. Gen. No. 27,178.**

Action to recover for wages due. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed and remanded. Opinion filed November 29, 1922.

G. A. Buresh, for appellants. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.